UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT O. KINCHEN, JR.                                    CIVIL ACTION

VERSUS                                                    NO: 11-1039

ROBERT ZABBIA                                             SECTION: R(5)

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations,[1] hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that Robert Kinchen's claim be DISMISSED WITHOUT PREJUDICE as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, unless Kinchen amends his complaint within 20 days to set forth a cause of action that provides the defendant with sufficient notice of his claims.

New Orleans, Louisiana, this 1st day of June, 2011.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] (R. Doc. 7.)